## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** _____
**Business Name:** Bestboy Audio
**For the Month & Year:** 01-2023

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $4600 |
| (2) | Other | $_____ |
| (3) | Other | $_____ |
| (4) | Total Actual Income (Sum Lines 1-3) | $4600 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $_____ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $45 |
| (7) | Telephone | $50 |
| (8) | Insurance | $38 |
| (9) | Wages for Employees | $400 |
| (10) | Wages for Self/Owners | $_____ |
| (11) | Taxes | $276 |
| (12) | Gas and Fuel for Business Vehicles | $50 |
| (13) | Other | $_____ |
| (14) | Other | $_____ |
| (15) | Other | $_____ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $578 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $4022 |
| (18) | Net Wages from Regular Employment-Debtor | $_____ |
| (19) | Net Wages from Regular Employment-Spouse | $_____ |
| (20) | Amount Carried over from Last Month | $_____ |
| (21) | Net Monthly Income (Sum Lines 17-20) | $4,022 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $2,220 |
| (23) | (Additional Periodic Rent – School Taxes) | $_____ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $290 |
| (25) | Telephone | $290 |
| (26) | Food | $300 |
| (27) | Other | $_____ |
| (28) | Household Expenses (maintenance & up-keep) | $25 |
| (29) | Medical and Dental | $_____ |
| (30) | Life & Health Insurance | $_____ |
| (31) | Auto Insurance | $120 |
| (32) | Other | $_____ |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $3,185 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $837 |
| (35) | Monthly Chapter 13 Plan Payment | $0 |
| (36) | **Net  Excess Income (Line 34 Minus 35)** | $837 |

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hill
**Case No.:** 23-11647
**Business Name:** Bestboy Audio
**For the Month & Year:** 02/2023

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $4,050 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $4,050 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ ? |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $ 45 |
| (7) | Telephone | $ 50 |
| (8) | Insurance | $ 38 |
| (9) | Wages for Employees | $ 0 |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $ 243 |
| (12) | Gas and Fuel for Business Vehicles | $ 60 |
| (13) | Other | $ |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $ 436 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $3614 |
| (18) | Net Wages from Regular Employment-Debtor | $3000 |
| (19) | Net Wages from Regular Employment-Spouse | $2500 |
| (20) | Amount Carried over from Last Month | $ 837 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $6951 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $ 350 |
| (25) | Telephone | $ 225 |
| (26) | Food | $ 275 |
| (27) | Other | $ 350 |
| (28) | Household Expenses (maintenance & up-keep) | $ 175 |
| (29) | Medical and Dental | $ 0 |
| (30) | Life & Health Insurance | $ 0 |
| (31) | Auto Insurance | $ 128 |
| (32) | Other | $ 0 |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $3336 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $3615 |
| (35) | Monthly Chapter 13 Plan Payment | $2220 |
| (36) | **Net Excess Income (Line 34 Minus 35)** | $1,395 |

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** _Glenn Hall_
**Case No.:** _23-11647_
**Business Name:** _Best Box Audio_
**For the Month & Year:** _03/2023_

**Business Income:**

| | | | |
|---|---|---|---|
| (1) | Actual Income from Sales & Service | $ | 0 |
| (2) | Other | $ | 0 |
| (3) | Other | $ | 0 |
| (4) | Total Actual Income (Sum Lines 1-3) | $ | 0 |

Actual Business Expense Paid

| | | | |
|---|---|---|---|
| (5) | Rent/Lease | $ | |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $ | 44 |
| (7) | Telephone | $ | 50 |
| (8) | Insurance | $ | 38 |
| (9) | Wages for Employees | $ | 0 |
| (10) | Wages for Self/Owners | $ | 0 |
| (11) | Taxes | $ | |
| (12) | Gas and Fuel for Business Vehicles | $ | 20 |
| (13) | Other | $ | |
| (14) | Other | $ | |
| (15) | Other | $ | |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $ | 152 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $ | -152 |
| (18) | Net Wages from Regular Employment-Debtor | $ | |
| (19) | Net Wages from Regular Employment-Spouse | $ | 2500 |
| (20) | Amount Carried over from Last Month | $ | 1395 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $ | 3743 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | | |
|---|---|---|---|
| (22) | Rent/Mortgage | $ | 1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ | |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $ | 350 |
| (25) | Telephone | $ | 325 |
| (26) | Food | $ | 275 |
| (27) | Other | $ | 350 |
| (28) | Household Expenses (maintenance & up-keep) | $ | 175 |
| (29) | Medical and Dental | $ | |
| (30) | Life & Health Insurance | $ | |
| (31) | Auto Insurance | $ | 128 |
| (32) | Other | $ | |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $ | 3336 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $ | -990 -989 |
| (35) | Monthly Chapter 13 Plan Payment | $ | 2220 |
| (36) | **Net Excess Income (Line 34 Minus 35)** | $ | 0 |

*Carry amount on Line 35 to next month Line 20*       ~ ~~5556~~

## EXHIBIT D

# MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** Bestboy Audio
**For the Month & Year:** 04/2023

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 4100 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $ |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $ 44 |
| (7) | Telephone | $ 50 |
| (8) | Insurance | $ 38 |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $ 246 |
| (12) | Gas and Fuel for Business Vehicles | $ 60 |
| (13) | Other | $ 100 |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $ 530 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $ 3,570 |
| (18) | Net Wages from Regular Employment-Debtor | $ |
| (19) | Net Wages from Regular Employment-Spouse | $ 2500 |
| (20) | Amount Carried over from Last Month | $ |
| (21) | Net Monthly Income (Sum Lines 17-20) | $ 6,070 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $ 350 |
| (25) | Telephone | $ 225 |
| (26) | Food | $ 275 |
| (27) | Other | $ 350 |
| (28) | Household Expenses (maintenance & up-keep) | $ 175 |
| (29) | Medical and Dental | $ |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $ 128 |
| (32) | Other | $ 100 |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $ 3,436 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $ 2,634 |
| (35) | Monthly Chapter 13 Plan Payment | $ 2220 |
| (36) | **Net  Excess Income (Line 34 Minus 35)** | $ 414 |

*Carry amount on Line 35 to next month Line 20*

## EXHIBIT D

## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** Bestboy Audio
**For the Month & Year:** 05/2023

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $5109 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $5109 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $44 |
| (7) | Telephone | $50 |
| (8) | Insurance | $38 |
| (9) | Wages for Employees | $600 |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $306 |
| (12) | Gas and Fuel for Business Vehicles | $60 |
| (13) | Other | $100 |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $1198 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $3911 |
| (18) | Net Wages from Regular Employment-Debtor | $ |
| (19) | Net Wages from Regular Employment-Spouse | $2500 |
| (20) | Amount Carried over from Last Month | $414 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $6,825 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $400 |
| (25) | Telephone | $225 |
| (26) | Food | $275 |
| (27) | Other | $100 |
| (28) | Household Expenses (maintenance & up-keep) | $100 |
| (29) | Medical and Dental | $ |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $128 |
| (32) | Other | $ |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $3061 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $3764 |
| (35) | Monthly Chapter 13 Plan Payment | $2220 |
| (36) | **Net Excess Income (Line 34 Minus Line 35)** | $1544 |

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** Bestboy Audio
**For the Month & Year:** 6/23

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $4,500 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $4,500 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $50 |
| (7) | Telephone | $75 |
| (8) | Insurance | $38 |
| (9) | Wages for Employees | $500 |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $270 |
| (12) | Gas and Fuel for Business Vehicles | $80 |
| (13) | Other | $ |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $1013 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $3487 |
| (18) | Net Wages from Regular Employment-Debtor | $0 |
| (19) | Net Wages from Regular Employment-Spouse | $2500 |
| (20) | Amount Carried over from Last Month | $1544 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $7531 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $300 |
| (25) | Telephone | $275 |
| (26) | Food | $300 |
| (27) | Other | $ |
| (28) | Household Expenses (maintenance & up-keep) | $100 |
| (29) | Medical and Dental | $ |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $120 |
| (32) | Other | $ |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $2878 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $4653 |
| (35) | Monthly Chapter 13 Plan Payment | $2220 |
| (36) | **Net Excess Income (Line 34 Minus 35)** | $2433 |

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**

## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** BestBoy Audio
**For the Month & Year:** 7/23

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $ 1800 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $ 1800 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $ 50 |
| (7) | Telephone | $ 75 |
| (8) | Insurance | $ 38 |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $ 108 |
| (12) | Gas and Fuel for Business Vehicles | $ 200 |
| (13) | Other | $ |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $ 471 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $ 1329 |
| (18) | Net Wages from Regular Employment-Debtor | $ |
| (19) | Net Wages from Regular Employment-Spouse | $ 2500 |
| (20) | Amount Carried over from Last Month | $ 2433 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $ 6262 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $ 380 |
| (25) | Telephone | $ 225 |
| (26) | Food | $ 300 |
| (27) | Other  Repairs | $ 800 |
| (28) | Household Expenses (maintenance & up-keep) | $ 100 |
| (29) | Medical and Dental | $ |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $ 120 |
| (32) | Other | $ |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $ 3758 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $ 2504 |
| (35) | Monthly Chapter 13 Plan Payment | $ 2220 |
| (36) | **Net  Excess Income (Line 34 Minus 35)** | $ 284 |

*Carry amount on Line 35 to next month Line 20*

## EXHIBIT D