## MONTHLY FINANCIAL REPORT OF BUSINESS

Debtor Name: Glenn Hall
Case No.: _____
Business Name: Bestboy Audio
For the Month & Year: 01-2023

**Business Income:**
(1) Actual Income from Sales & Service    $4,600
(2) Other    $
(3) Other    $
(4) Total Actual Income (Sum Lines 1-3)    $4,600

Actual Business Expense Paid

(5) Rent/Lease    $
(6) Utilities (Electricity, Gas, Water & Sewer)    $45
(7) Telephone    $50
(8) Insurance    $38
(9) Wages for Employees    $400
(10) Wages for Self/Owners    $
(11) Taxes    $276
(12) Gas and Fuel for Business Vehicles    $50
(13) Other    $
(14) Other    $
(15) Other    $
(16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)**    $578

(17) Net Business Income/Loss (Line 4 Minus Line 16)    $4,022
(18) Net Wages from Regular Employment-Debtor    $
(19) Net Wages from Regular Employment-Spouse    $
(20) Amount Carried over from Last Month    $
(21) Net Monthly Income (Sum Lines 17-20)    $4,022

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

(22) Rent/Mortgage    $2,220
(23) (Additional Periodic Rent – School Taxes)    $
(24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic)    $230
(25) Telephone    $240
(26) Food    $300
(27) Other    $
(28) Household Expenses (maintenance & up-keep)    $25
(29) Medical and Dental    $
(30) Life & Health Insurance    $
(31) Auto Insurance    $120
(32) Other    $
(33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)**    $3,135
(34) **Gross Excess Income (Line 21 Minus Line 33)**    $837
(35) Monthly Chapter 13 Plan Payment    $0
(36) **Net Excess Income (Line 34 Minus 35)**    $837

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**