**MONTHLY FINANCIAL REPORT OF BUSINESS**

Debtor Name: Glenn Hill
Case No.: 23-11647
Business Name: Bestbuy Audio
For the Month & Year: 02/2023

**Business Income:**
| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $4,050 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $4,050 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ ? |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $ 45 |
| (7) | Telephone | $ 50 |
| (8) | Insurance | $ 38 |
| (9) | Wages for Employees | $ 0 |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $ 243 |
| (12) | Gas and Fuel for Business Vehicles | $ 60 |
| (13) | Other | $ |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $ 436 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $ 3614 |
| (18) | Net Wages from Regular Employment-Debtor | $ 0 |
| (19) | Net Wages from Regular Employment-Spouse | $ 2500 |
| (20) | Amount Carried over from Last Month | $ 837 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $ 6951 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $ 1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $ 350 |
| (25) | Telephone | $ 225 |
| (26) | Food | $ 275 |
| (27) | Other | $ 350 |
| (28) | Household Expenses (maintenance & up-keep) | $ 175 |
| (29) | Medical and Dental | $ 0 |
| (30) | Life & Health Insurance | $ 0 |
| (31) | Auto Insurance | $ 128 |
| (32) | Other | $ 0 |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $ 3336 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $ 3615 |
| (35) | Monthly Chapter 13 Plan Payment | $ 2220 |
| (36) | **Net Excess Income (Line 34 Minus 35)** | $ 1395 |

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**