## MONTHLY FINANCIAL REPORT OF BUSINESS

Debtor Name: Glenn Hall
Case No.: 23-11647
Business Name: BestBox Audio
For the Month & Year: 03/2023

**Business Income:**
(1) Actual Income from Sales & Service   $ 0
(2) Other   $ 0
(3) Other   $ 0
(4) Total Actual Income (Sum Lines 1-3)   $ 0

Actual Business Expense Paid

(5) Rent/Lease   $
(6) Utilities (Electricity, Gas, Water & Sewer)   $ 44
(7) Telephone   $ 50
(8) Insurance   $ 38
(9) Wages for Employees   $ 0
(10) Wages for Self/Owners   $ 0
(11) Taxes   $ 0
(12) Gas and Fuel for Business Vehicles   $ 20
(13) Other   $
(14) Other   $
(15) Other   $
(16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)**   $ 152

(17) Net Business Income/Loss (Line 4 Minus Line 16)   $ -152
(18) Net Wages from Regular Employment-Debtor   $
(19) Net Wages from Regular Employment-Spouse   $ 2500
(20) Amount Carried over from Last Month   $ 1395
(21) Net Monthly Income (Sum Lines 17-20)   $ 3743

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

(22) Rent/Mortgage   $ 1833
(23) (Additional Periodic Rent – School Taxes)   $
(24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic)   $ 350
(25) Telephone   $ 275
(26) Food   $ 275
(27) Other   $ 350
(28) Household Expenses (maintenance & up-keep)   $ 175
(29) Medical and Dental   $
(30) Life & Health Insurance   $
(31) Auto Insurance   $ 128
(32) Other   $
(33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)**   $ 3336
(34) **Gross Excess Income (Line 21 Minus Line 33)**   $ 407
(35) Monthly Chapter 13 Plan Payment   $ 220
(36) **Net Excess Income (Line 34 Minus 35)**   $ 0

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**