# MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** Bestbuy Audio
**For the Month & Year:** 04/2023

**Business Income:**
(1) Actual Income from Sales & Service         $ 4100
(2) Other                                       $
(3) Other                                       $
(4) Total Actual Income (Sum Lines 1-3)         $

Actual Business Expense Paid

(5)  Rent/Lease                                 $
(6)  Utilities (Electricity, Gas, Water & Sewer) $ 44
(7)  Telephone                                  $ 50
(8)  Insurance                                  $ 38
(9)  Wages for Employees                        $
(10) Wages for Self/Owners                      $
(11) Taxes                                      $ 246
(12) Gas and Fuel for Business Vehicles         $ 60
(13) Other                                      $ 100
(14) Other                                      $
(15) Other                                      $
(16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** $ 530

(17) Net Business Income/Loss (Line 4 Minus Line 16)  $ 3,570
(18) Net Wages from Regular Employment-Debtor   $
(19) Net Wages from Regular Employment-Spouse   $ 2300
(20) Amount Carried over from Last Month        $
(21) Net Monthly Income (Sum Lines 17-20)       $ 6070

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

(22) Rent/Mortgage                              $ 1833
(23) (Additional Periodic Rent – School Taxes)  $
(24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) $ 350
(25) Telephone                                  $ 225
(26) Food                                       $ 275
(27) Other                                      $ 350
(28) Household Expenses (maintenance & up-keep) $ 175
(29) Medical and Dental                         $
(30) Life & Health Insurance                    $
(31) Auto Insurance                             $ 128
(32) Other                                      $ 100
(33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)** $ 3436
(34) **Gross Excess Income (Line 21 Minus Line 33)** $ 2634
(35) Monthly Chapter 13 Plan Payment            $ 2220
(36) **Net Excess Income (Line 34 Minus 35)**   $ 414

*Carry amount on Line 35 to next month Line 20*

# EXHIBIT D