## MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** Bestboy Audio
**For the Month & Year:** 05/2023

### Business Income:
(1) Actual Income from Sales & Service — $5109
(2) Other — $
(3) Other — $
(4) Total Actual Income (Sum Lines 1-3) — $5109

Actual Business Expense Paid

(5) Rent/Lease — $
(6) Utilities (Electricity, Gas, Water & Sewer) — $44
(7) Telephone — $50
(8) Insurance — $38
(9) Wages for Employees — $600
(10) Wages for Self/Owners — $
(11) Taxes — $306
(12) Gas and Fuel for Business Vehicles — $60
(13) Other — $100
(14) Other — $
(15) Other — $
(16) **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** — $1198

(17) Net Business Income/Loss (Line 4 Minus Line 16) — $3911
(18) Net Wages from Regular Employment-Debtor — $
(19) Net Wages from Regular Employment-Spouse — $2500
(20) Amount Carried over from Last Month — $414
(21) Net Monthly Income (Sum Lines 17-20) — $6825

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

(22) Rent/Mortgage — $1833
(23) (Additional Periodic Rent – School Taxes) — $
(24) Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) — $400
(25) Telephone — $225
(26) Food — $975
(27) Other — $100
(28) Household Expenses (maintenance & up-keep) — $100
(29) Medical and Dental — $
(30) Life & Health Insurance — $
(31) Auto Insurance — $128
(32) Other — $
(33) **Total Actual Personal Expenses Paid (Sum Lines 22-32)** — $3061
(34) **Gross Excess Income (Line 21 Minus Line 33)** — $3764
(35) Monthly Chapter 13 Plan Payment — $2220
(36) **Net Excess Income (Line 34 Minus 35)** — $1544

*Carry amount on Line 35 to next month Line 20*

## EXHIBIT D