## MONTHLY FINANCIAL REPORT OF BUSINESS

Debtor Name: Glenn Hall
Case No.: 23-11647
Business Name: Bestboy Audio
For the Month & Year: 6/23

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $4,500 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $4,500 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $50 |
| (7) | Telephone | $75 |
| (8) | Insurance | $38 |
| (9) | Wages for Employees | $500 |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $270 |
| (12) | Gas and Fuel for Business Vehicles | $80 |
| (13) | Other | $ |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $1013 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $3487 |
| (18) | Net Wages from Regular Employment-Debtor | $0 |
| (19) | Net Wages from Regular Employment-Spouse | $2500 |
| (20) | Amount Carried over from Last Month | $1544 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $7531 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $390 |
| (25) | Telephone | $225 |
| (26) | Food | $300 |
| (27) | Other | $ |
| (28) | Household Expenses (maintenance & up-keep) | $100 |
| (29) | Medical and Dental | $ |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $120 |
| (32) | Other | $ |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $2878 |
| (34) | Gross Excess Income (Line 21 Minus Line 33) | $4653 |
| (35) | Monthly Chapter 13 Plan Payment | $2220 |
| (36) | Net Excess Income (Line 34 Minus 35) | $2433 |

*Carry amount on Line 35 to next month Line 20*

**EXHIBIT D**