# MONTHLY FINANCIAL REPORT OF BUSINESS

**Debtor Name:** Glenn Hall
**Case No.:** 23-11647
**Business Name:** Bestboy Audio
**For the Month & Year:** 7/23

**Business Income:**

| | | |
|---|---|---|
| (1) | Actual Income from Sales & Service | $1800 |
| (2) | Other | $ |
| (3) | Other | $ |
| (4) | Total Actual Income (Sum Lines 1-3) | $1800 |

Actual Business Expense Paid

| | | |
|---|---|---|
| (5) | Rent/Lease | $ |
| (6) | Utilities (Electricity, Gas, Water & Sewer) | $50 |
| (7) | Telephone | $75 |
| (8) | Insurance | $38 |
| (9) | Wages for Employees | $ |
| (10) | Wages for Self/Owners | $ |
| (11) | Taxes | $108 |
| (12) | Gas and Fuel for Business Vehicles | $200 |
| (13) | Other | $ |
| (14) | Other | $ |
| (15) | Other | $ |
| (16) | **Total Actual Business Expenses Paid Out (Sum Lines 5-16)** | $477 |
| (17) | Net Business Income/Loss (Line 4 Minus Line 16) | $1329 |
| (18) | Net Wages from Regular Employment-Debtor | $ |
| (19) | Net Wages from Regular Employment-Spouse | $2500 |
| (20) | Amount Carried over from Last Month | $2433 |
| (21) | Net Monthly Income (Sum Lines 17-20) | $6262 |

PERSONAL/BUSINESS (SOLE-PROPRIETORSHIP)

| | | |
|---|---|---|
| (22) | Rent/Mortgage | $1833 |
| (23) | (Additional Periodic Rent – School Taxes) | $ |
| (24) | Utilities (Electricity, Alarm, Oil, Trash Removal & Septic) | $380 |
| (25) | Telephone | $225 |
| (26) | Food | $500 |
| (27) | Other   Repairs | $800 |
| (28) | Household Expenses (maintenance & up-keep) | $100 |
| (29) | Medical and Dental | $ |
| (30) | Life & Health Insurance | $ |
| (31) | Auto Insurance | $120 |
| (32) | Other | $ |
| (33) | **Total Actual Personal Expenses Paid (Sum Lines 22-32)** | $3758 |
| (34) | **Gross Excess Income (Line 21 Minus Line 33)** | $2504 |
| (35) | Monthly Chapter 13 Plan Payment | $2220 |
| (36) | **Net Excess Income (Line 34 Minus 35)** | $284 |

*Carry amount on Line 35 to next month Line 20*

# EXHIBIT D