UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Glenn Hall<br><br>            Debtor | Chapter 13<br>Bankruptcy No.23-11647-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of October, 2023, by first class mail upon those listed below:

Glenn Hall
5 Little John Circle
Avondale, PA  19311

**Electronically via CM/ECF System Only:**

GARY E THOMPSON ESQ
882 S MATLACK STREET
SUITE 101
WEST CHESTER, PA  19382

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee