**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Glenn Hall** | **CHAPTER 13** |
| Debtor | |
| | **BANKRUPTCY NO. 23-11647** |

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served a copy of the Order Retaining Jurisdiction on or about November 10, 2023 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Scott Waterman
POB 4010
Reading, PA 19606


All Creditors on Matrix

.

                                                                     /S/
                                       GARY E. THOMPSON, ESQUIRE
                                       Attorney for Debtor.

11/10/23