United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11647-amc |
| Glenn Hall | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2023 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Hall, 5 Little John Circle, Avondale, PA 19311-9757 |
| 14787838 | + | Wells Fargo National, POB 660431, Dallas, TX 75266-0431 |
| 14787839 | + | Yorkville Sound & Audio, 4625 Witmer Industrial Estates, Niagara Falls, NY 14305-1390 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 09 2023 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:42:34 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14790553 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:20:14 | AIS Portfolio Services, LLC, Bankruptcy Servicer for Exeter Finance L, C/O Arvind Rawal, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14787837 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2023 00:17:00 | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14790381 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:20:40 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14788173 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2023 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14788805 | ^ | MEBN | Nov 09 2023 00:06:25 | Wells Fargo Bank, National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14806757 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 09 2023 00:17:00 | Wells Fargo Bank, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: pdf900 | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:**

**Name**        **Email Address**

GARY E. THOMPSON
　　　　on behalf of Debtor Glenn Hall get24esq@aol.com

MARK A. CRONIN
　　　　on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
　　　　ECFMail@ReadingCh13.com

United States Trustee
　　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Glenn Hall                                :          CHAPTER 13
                    Debtor       :
                                           BANKRUPTCY NO. 23-11647

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss filed by the Standing Trustee Scott Waterman ( the "Trustee"), and after notice and hearing, it is hereby ORDERED that,

1. This Chapter 13 bankruptcy case is DISMISSED.
2. Counsel for Debtor(s) shall file a master list with the clerk of the Bankruptcy Court if such has not been previously filed.
3. Any wage orders previously entered are VACATED.
4. Pursuant to 11 U.S.C. 349 (b)(3), the undistributed Chapter 13 plan payments in possession of the Trustee shall NOT revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).
5. All Applications for Allowance of Administrative Expenses including Applications for Allowance of Professional Fees shall be filed within twenty (20) days of the entry of this Order.
6. Counsel for Debtor(s) shall serve this order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certificate of Service confirming such service and (1) a Certificate of No Response confirming that neither and objection to the proposed compensation nor an Application for Administrative Expenses has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.
7. If no Certification, as required in Paragraph 6 above, has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee, if any applications for administrative expenses other than Debtor(s) Counsel's have been filed, set a hearing date theron or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. 1326 (a)(2).

_____
                                              J.

Dated: November 8, 2023