UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Glenn Hall.  : CHAPTER 13
Debtors  : BANKRUPTCY NO. 23-11647

CERTIFICATE OF NO RESPONSE AND
CERTIFICATION OF UNCONTESTED APPLICATION FOR
COUNSEL FEES

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and certify the following:

1. On November 10, 2023, I served a true and correct copy of the Order Retaining Jurisdiction for Counsel Fees on the Debtors, Trustee and all interested parties.

2. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court objecting to the Counsel Fee.

3. I have not received a request for any other Administrative Fees or Expenses from any party in interest within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order.

/s/ Gary E. Thompson
GARY E. THOMPSON
ATTORNEY FOR DEBTOR(S)

Date: 12/6/23